```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN LONG,

                        Plaintiff,

  -against-

CITY OF MOUNT VERNON, et al.,

                        Defendants.

No. 18 Civ. 9068 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

      On June 22, 2021, the Court issued an Order to Show Cause ordering Plaintiff to show cause in writing on or before July 23, 2021 why this matter should not be dismissed for failure to prosecute and informing Plaintiff that failure to comply with the Court's order would result in dismissal of this matter. The Court's order was mailed to Plaintiff and retuned to the Court on or about July 12, 2021 as undeliverable, unable to forward. Plaintiff did not respond to the Court's order.

      Accordingly, the Court dismisses this case without prejudice. The Clerk of Court is directed to mail a copy of this order to *pro se* Plaintiff at the address on ECF, show service on the docket, and terminate this case.

Dated: October 20, 2021
       White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE